Scott N. Johnson, Esq. (SBN 166952)
Disabled Access Prevents Injury, Inc.
5150 Fair Oaks Blvd., Suite 101
PMB #253
Carmichael, CA 95608-5758
Telephone (916) 485-3516
Facsimile (916) 481-4224
Email scottnjohnson@dapiinc.com

Attorney for Plaintiff
Scott N. Johnson

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff;<br><br>vs.<br><br>Asset Builders, et al,<br><br>    Defendant. | Case No. **2:12-cv-00933-MCE-KJN**<br><br>**ORDER RE: REQUEST FOR DISMISSAL** |

IT IS SO ORDERED THAT the above-entitled action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A). The Clerk of the Court is directed to close this case.

Dated: August 23, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE